UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION METALS CORP., ANTHONY C. FIGLOZZI, and THOMAS J. FIGLOZZI,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>U.S. DEPARTMENT OF DEFENSE, LLOYD J. AUSTIN III, in his official capacity as the Secretary of Defense, U.S. DEPARTMENT OF THE AIR FORCE, FRANK KENDALL, in his official capacity as the Secretary of the Air Force, DEFENSE LOGISTICS AGENCY, MICHELLE C. SKUBIC, in her official capacity as the Director of the Defense Logistics Agency, JON L. LIGHTNER, in his official capacity as the Special Assistant for Contracting Integrity of the Defense Logistics Agency, and THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendants. | Civil No. 22-03761<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS U.S. DEPARTMENT OF AIR FORCE AND FRANK KENDALL** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Precision Metals Corp., Anthony C. Figlozzi, and Thomas J. Figlozzi hereby give notice that the above-captioned action against two of the Defendants - *the U.S. Department of the Air Force and Secretary of Air Force Frank Kendall* – is hereby voluntarily dismissed, without prejudice.

　　　　Plaintiffs are not dismissing, at this time, the action as to any of the other named six Defendants including the U.S. Department of Defense, Lloyd J. Austin, III, Defense Logistics Agency, Michelle C. Skubic, Jon L. Lightner, and the United States of America.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: September 16, 2022 | /s/ Todd J. Canni |

Todd J. Canni (*pro hac vice*)
J. Matthew Carter (*pro hac vice*)
Kevin R, Massoudi (*pro hac vice*)
PILLSBURY WINTHROP
SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Tel: (202) 384-6223
Fax: (213) 629-1033
todd.canni@pillsburylaw.com
matt.carter@pillsburylaw.com
kevin.massoudi@pillsburylaw.com

Richard P. Donoghue
Scott D. Greenspan
PILLSBURY WINTHROP
SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019-6131
Tel: (212) 858-1000
Fax: (212) 858-1500
richard.donoghue@pillsburylaw.com
scott.greenspan@pillsburylaw.com

*Counsel for Plaintiffs Precision Metals Corp., Anthony C. Figlozzi, and Thomas J. Figlozzi*