UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION METALS CORP., ANTHONY C. FIGLOZZI, and THOMAS J. FIGLOZZI,<br><br>                    Plaintiffs,<br>    v.<br><br>U.S. DEPARTMENT OF DEFENSE, LLOYD J. AUSTIN III, in his official capacity as the Secretary of Defense, DEFENSE LOGISTICS AGENCY, MICHELLE C. SKUBIC, in her official capacity as the Director of the Defense Logistics Agency, JON L. LIGHTNER, in his official capacity as the Special Assistant for Contracting Integrity of the Defense Logistics Agency, and THE UNITED STATES OF AMERICA,<br><br>                    Defendants. | Civ. No. 22-cv-3761-JS-ARL |

## JOINT STATUS REPORT

On September 9, 2022, the parties submitted a joint status report indicating that they were working in good faith to resolve this action and requesting that all pending deadlines remain stayed. *See* ECF No. 44. The Court entered the requested order and directed the parties to file a supplemental status report no later than September 23, 2022.

The parties have held significant discussions in the last two weeks regarding resolution of this action and are hopeful that further good-faith efforts will be successful. The parties propose that further deadlines remain stayed and the parties file a supplemental joint status report on or before October 7, 2022. Defendants represent that they will not institute debarment proceedings during this period and that Plaintiffs will remain eligible for government contracts.

1

| Dated: September 23, 2022 | Respectfully submitted, |
|---|---|
| BRIAN M. BOYNTON<br>　Principal Deputy Assistant Attorney<br>　General<br><br>ANTHONY J. COPPOLINO<br>　Deputy Director<br>　Federal Programs Branch<br><br>*/s/ Christopher A. Eiswerth*<br>Christopher A. Eiswerth (D.C. Bar No.<br>　1029490)<br>　Trial Attorney<br><br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW, Rm. 12310<br>Washington, DC 20005<br>Tel: (202) 305-0568<br>Email: christopher.a.eiswerth@usdoj.gov<br><br>*Counsel for Defendants* | /s/ Todd J. Canni<br>Todd J. Canni (*pro hac vice*)<br>J. Matthew Carter (*pro hac vice*)<br>Kevin R, Massoudi (*pro hac vice*)<br>PILLSBURY WINTHROP<br>SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017-5524<br>Tel: (213) 488-7100<br><br>Richard P. Donoghue<br>31 West 52nd Street<br>New York, NY 10019-6131<br>Tel: (212) 858-1000<br><br>*Counsel for Plaintiffs Precision Metals Corp.,*<br>*Anthony C. Figlozzi, and Thomas J. Figlozzi* |